able in this court as a void judgment in a new proceeding, which must be reversed and the cause remanded for such further proceedings as may be necessary not inconsistent with this opinion.

Justice WOLVERTON, having participated in the trial of this cause in the court below, took no part at the hearing or decision in this court upon the appeal.

REVERSED.

---

[Decided November 19, 1894.]

## SWANSON *v.* LEAVENS.
[S. C. 40 Pac. 230.]

PRACTICE ON APPEAL—RULES OF COURT—FILING ABSTRACT.— Where rule four of this court, (24 Or. 595,) requiring the filing of printed abstracts of the record is not complied with, the judgment of the lower court will be affirmed on motion.

APPEAL from Multnomah.

Action by Peter and Chas. Swanson against J. M. Leavens.   Judgment for plaintiffs, from which defendant appealed, but failed to file a printed abstract of the record, or have the time for so doing extended.    Respondents move to affirm the judgment.            AFFIRMED.

*Mr. W. W. Page,* for Appellant.

*Mr. C. A. Moore,* for Respondent.

PER CURIAM.   The judgment herein will be affirmed for failure to comply with rule four of this court, taking effect October first, eighteen hundred and ninety-four.

AFFIRMED.

26 OR.—71.